IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

S.S., S.V., and S.A., through their     :
adoptive parents and next friends     :
LINDA BAKER and WARREN     :
BAKER,     :
    :
           Plaintiffs,     :
v.     :    3:20-CV-215
    :    (JUDGE MARIANI)
WAYNE COUNTY CHILDREN AND     :
YOUTH SERVICES,     :
    :
           Defendant.     :

## ORDER

AND NOW, THIS __10th__ DAY OF MARCH 2021, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 22), **IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth in this Court's accompanying memorandum opinion, the R&R (Doc. 22) is **ADOPTED AS MODIFIED**:

    A. Magistrate Judge Carlson's recommendation that Plaintiffs were required to request reconsideration of the ALJ's decision by the Secretary of the Department of Human Services pursuant to 55 Pa. Code § 275.4(h)(4)(ii) prior to filing their Complaint with this Court (Doc. 22 at 13–15) is **ADOPTED**.

    B. However, the Court declines to adopt the recommendation that Plaintiffs were required to seek further review from the Commonwealth Court of

Pennsylvania pursuant to 55 Pa. Code § 275.4(h)(4)(iv) prior to filing their Complaint with this Court (Doc. 22 at 13–15).

2. Defendant's Objections (Doc. 23) are **GRANTED IN PART AND OVERRULED IN PART** for the reasons set forth in this Court's accompanying memorandum opinion.

3. Defendant's Motion to Dismiss (Doc. 7) is **GRANTED**.

4. Plaintiffs' Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

*[signature]*

Robert D. Mariani
United States District Judge